UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID CORTES | No. 22 CR 471<br><br>Judge Franklin U. Valderrama |

**PROTECTIVE ORDER GOVERNING DISCOVERY**

Upon the unopposed motion of the government, pursuant to Fed. R. Crim. P. 16(d), it is hereby ORDERED:

1. The Bureau of Prisons shall ("BOP") disclose materials for ILK and VIP psychological tests given to defendant Cortes (the "Test Materials"). The Test Materials shall be marked "Test Materials Subject to Protective Order" and will be disclosed only to defendant's expert Dr. Chandrika Shankar.

2. Materials produced by the BOP in connection with the Prison Rape Elimination Act ("PREA Materials") complaints referenced in Dr. Drew Miller's reports shall be marked "PREA Materials Subject to Protective Order" and may only be disclosed to defendant's counsel.

3. The Test Materials and PREA Materials (together, the "Materials") shall be used solely in connection with the defense of this case, and for no other purpose, and in connection with no other proceeding, without further order of this Court.

4. Defendant's counsel shall not disclose the Materials or their contents directly or indirectly to any person or entity without written permission of the Court. Defendant's counsel shall not copy or reproduce the Materials.

5. Defendant's counsel shall not disclose any notes or records of any kind that they make in relation to the contents of the Materials and all such notes or records are to be treated in the same manner as the original Materials.

6. Upon conclusion of all stages of this case, all of the Materials, including any notes or records described in paragraph 5, shall be disposed of in one of two ways, unless otherwise ordered by the Court. The materials may be (1) destroyed, with a written certification to that effect filed on the record of this case; or (2) returned to the United States.

7. Any written filing referencing these Materials shall be filed under seal.

8. Nothing contained in this Order shall preclude any party from applying to this Court for further relief or for modification of any provision hereof.

Dated: 9/11/2024

*Franklin Valderrama*
United States District Judge
Franklin U. Valderrama